IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-36118-H2-7 |
| | § | |
| YANKACY, MICHAEL | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY
UNDER 11 U.S.C. § 347(a)**

The undersigned Trustee reports:

__x__   The dividends payable to the creditors listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_____   Payment has been returned as "attempted not known, return to sender", and the dividends payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and U.S.C. §347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 Title 28 (28 U.S.C. 2041, et seq.).

Dated this 27th day of October, 2010.

/s/ Lowell T. Cage
_____
LOWELL T. CAGE, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500

**EXHIBIT "A"**

| IN RE: | § | Case No.  09-36118-H2-7 |
|---|---|---|
|  | § |  |
| **YANKACY, MICHAEL** | § | **(Chapter 7)** |
|  | § |  |
| **DEBTOR.** | § |  |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| __X__ Small Dividends | 11 | 1012 | $  1.14 |
| U.S. Bank, NA | | | |
| P.O. Box 5229 | | | |
| Cincinnati, OH 45201 | | | |
| _____ Unclaimed Dividends | | | |
| | Total Unclaimed Dividends | | n/a |
| | Total Small & Unclaimed Dividends | | $  1.14 |